# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SHERRI DESAIGOUDAR

    Plaintiff,

vs.                                  Case No.

ADT, LLC
d/b/a ADT SECURITY SERVICES,

    Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, SHERRI DESAIGOUDAR, and sues Defendant, ADT, LLC, doing business as ADT SECURITY SERVICES, (hereinafter referred to as "ADT"), and in support thereof alleges as follows:

### JURISDICTION AND VENUE

1. That jurisdiction and venue are proper in this court.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, and pursuant to 28 U.S.C. §1367 for pendant state law claims.

3. Venue is proper pursuant to 28 U.S.C. §1391(b), as a substantial part of the events giving rise to the claims occurred in this judicial

1

district, Plaintiff, SHERRI DESAIGOUDAR, resides within this judicial district, and Defendant transacts business within this judicial district.

## **PARTIES**

4.   Plaintiff, SHERRI DESAIGOUDAR, is a natural person, is "sui juris" and is a "consumer" and "debtor" as those terms are defined by the applicable Federal and State Statutes referred to herein.

5.   Defendant, ADT, is a Delaware limited liability company, doing business in the State of Florida.

6.   Defendant is a "creditor" as that term is defined by 15 U.S.C. § 1692a(4) and Fla. Stat. § 559.55(5) and is a "person" under Florida Statute § 559.72.

7.   All conduct of Defendant, ADT, alleged by Plaintiff was authorized and/or ratified by one or more officers, directors, or managers of Defendant, and Defendant was likely to conduct itself and allowed it to so act with conscious disregard of the rights and safety of others.  The conduct alleged herein was despicable, oppressive, and done knowingly with intent, with malice, and without cause.

8.  At all times material, the agents and/or employees of Defendant, ADT, acted within the course and scope of their agency or employment, and acted with the consent, permission and authorization of Defendant.

**FACTUAL AND PROCEDURAL BACKGROUND**

9.  Plaintiff, SHERRI DESAIGOUDAR, contracted with ADT in 2016 for home security services and had made timely, regular monthly payments for such service for a prolonged period of time in good standing.  Per her contract, the ADT monthly invoice is generated on the eleventh day of the month preceding the month of service for which payment is due.  Accordingly, payment is due and tendered in advance of each month of service.

10. As a senior citizen living "pay check to pay check" on Social Security retirement and a modest, temporary alimony benefit, Plaintiff experienced difficulty paying necessary living expenses and unsecured debt.

11. Due to continued unforeseen medical and living expenses, Plaintiff decided that it was in her best interests to seek bankruptcy protection.  On or about February 1, 2021, Plaintiff, SHERRI

DESAIGOUDAR, retained Robert M. Geller, Esquire, and the Law Offices of Robert M. Geller, P.A. with regard to all existing claims of indebtedness and for the filing of a bankruptcy.

12. At this time, Plaintiff stopped paying her ADT account which default resulted in a debt becoming owed to Defendant.

13. Plaintiff incurred this financial obligation primarily for personal, family, or household purposes, and was therefore a "debt" as defined by Florida Statute § 559.55 and  § 559.72.

14. In March 2021, Plaintiff began receiving default notices via U.S. Mail from ADT in addition to her regular monthly statement.  At approximately this time, Plaintiff also began receiving a volume of telephone calls from ADT in an attempt to collect this debt.

15. On multiple occasions in March 2021, Plaintiff, SHERRI DESAIGOUDAR, called Defendant, ADT, at 800-238-2727 to inform them that she wished to cancel her service, was filing for bankruptcy and asked Defendant to contact her attorney in regard to the alleged debt thereby revoking consent to call her cell phone.

16.  At all times material, the Defendant has used, controlled, and/or operated "automatic telephone dialing systems" as defined by the

Telephone Consumer Protection Act ("TCPA") 47 U.S.C Section 227(a)(1).

17. On or about March 26, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-724-7565 in an attempt to collect a debt. Plaintiff returned the call the same day at approximately 3:38 pm and spoke with Defendant's agent "Monika". Plaintiff called to inform ADT of cancelling services and to direct all communication to her attorney. When Plaintiff attempted to provide "Monika" with her attorney's name and telephone number, "Monika" initially refused to take the information. Plaintiff persisted in informing "Monika" that she had retained her attorney for filing bankruptcy and handling of this debt. She asked "Monika" to have ADT direct all further communication to her attorney, revoked consent to call her cellular phone and asked that ADT stop calling her. "Monika" confirmed the attorney information and stated that she would notate Plaintiff's account.

18. On or about April 11, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a monthly statement from ADT showing an overdue balance owed of $144.35.

19. On or about May 9, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 866-843-0374 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, robotic voice, voicemail message for Plaintiff which was: *"This is an important service call from ADT. Please have Sherri Desaigoudar contact our office at 866-843-0374. That number again is 866-843-0374. Be sure to reference account number 311636238. That account number again is 311636238. If you've already spoken with us today, please disregard this message. Thank you, goodbye."*

20. On or about May 11, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4281 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which

was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

21.  On or about May 11, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a monthly invoice from ADT along with a notice that her account is sixty days past due in the amount of $203.75.  The notice contained bold print stating, "Your account needs immediate attention!"

22.  On or about May 14, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4281 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

23. On or about May 17, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4281 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

24. On or about May 18, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4340 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was*: "This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

25. On or about May 19, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4397 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

26. On or about May 20, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4281 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

27. On or about May 21, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4340 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

28. On or about May 24, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4340 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

29. On or about May 26, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4281 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

30. On or about May 27, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4340 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

31. On or about May 28, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-263-4397 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

32. On or about June 3, 2021, at 1:28 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 877-671-7416 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call to 877-671-7416.

33. On or about June 4, 2021, at 1:47 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call to 877-671-7416.

34. On or about June 8, 2021, at 6:07 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call to 877-671-7416.

35. On or about June 9, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 at 2:50 pm in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

36. On or about June 10, 2021, at 1:47 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or

employee of ADT in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call to 877-671-7416.

37. On or about June 11, 2021, at 10:22 a.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call to 877-671-7416.

38. On or about June 11, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a monthly invoice from ADT informing her that her account was past due in the amount of $263.14.

39. On or about June 13, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 866-843-0374 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call.

40. On or about June 14, 2021, at 6:44 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call to 877-671-7416.

41. On or about June 15, 2021, at 4:29 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt.

42. On or about June 17, 2021, at 1:40 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voice, voicemail message for Plaintiff asking her to return the call.

43. On or about June 21, 2021, at 3:50 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-544-0940 in an attempt to collect a debt.

44. On or about June 22, 2021, at 5:47 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt.

45. On or about June 23, 2021, at 10:50 a.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt.

46. On or about June 24, 2021, at 4:01 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0940 in an attempt to collect a debt.

47. On or about June 25, 2021, at 11:33 a.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt.

48. On or about June 28, 2021, at 7:54 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

49. On or about June 29, 2021, at 12:40 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

50. On or about June 29, 2021, at 8:01p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an

attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff

51. On or about June 30, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 727-544-0940 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

52. On or about July 1, 2021, at 12:54 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-724-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

53. On or about July 1, 2021, at 4:38 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

54. On or about July 2, 2021, at 2:31 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

55.  On or about July 6, 2021, at 7:16 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0940 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

56.  On or about July 8, 2021, at 8:26 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call*

us at 1-877-671-7416.  Our billing services team is available 8am
to 11pm Eastern Standard Time Monday through Friday.  Thank
you."

57. On or about July 9, 2021, Plaintiff, SHERRI DESAIGOUDAR,
received a telephone call from an agent or employee of ADT from
telephone number 813-544-0940 in an attempt to collect a debt
via an automatic dialing system which resulted in Defendant
leaving a pre-recorded, voicemail message for Plaintiff which
was:  *"This is ADT Security Services.  We have important
information to review about your account.  Please call us at 1-
877-671-7416.  Our billing services team is available 8am to
11pm Eastern Standard Time Monday through Friday.  Thank
you."*

58. On or about July 11, 2021, Plaintiff, SHERRI DESAIGOUDAR,
received a monthly invoice from ADT along with a notice that her
account is one hundred twenty days past due in the amount of
$322.53.  The notice contained bold print stating, "ATTENTION:
Service cancellation and termination fees are pending."

59. On or about July 12, 2021, at 8:20 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0940 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

60. On or about July 13, 2021, at 7:13 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

61. On or about July 14, 2021, at 7:03 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

62. On or about July 15, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0940 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing*

23

*services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

63.  On or about July 16, 2021, at 3:51 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

64.  On or about July 19, 2021, at 6:01 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 866-843-0374 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"Sherri Desaigoudar contact our office at 866-843-0374.  That number again is 866-843-0374.  Be sure to*

*reference account number 311636238.  That account number again is 311636238.  If you've already spoken with us today, please disregard this message.  Thank you, goodbye."*

65. On or about July 20, 2021, at 7:35 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

66. On or about July 21, 2021, at 2:30 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0940 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

67. On or about July 22, 2021, at 4:00 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

68. On or about July 23, 2021, at 12:45 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message

for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

69. On or about July 26, 2021, at 6:25 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0993 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

70. On or about July 27, 2021, at 7:21 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0940 in an attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

71. On or about July 28, 2021, at 2:04 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-437-0943 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

72. On or about July 30, 2021, at 9:16 a.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-488-0319 in an

attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

73. On or about July 30, 2021, at 1:14 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-724-7565 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

74. On or about August 2, 2021, at 2:34 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-724-7565 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

75. On or about August 2, 2021, at 4:14 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-728-5431 in an attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

76. On or about August 2, 2021, at 4:18 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-728-5431 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

77. On or about August 3, 2021, at 12:00 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-724-7565 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

78. On or about August 4, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is*

*ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

79. On or about August 6, 2021, at 6:41 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-724-7565 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

80. On or about August 11, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a monthly invoice from ADT informing her that her account was past due in the amount of $381.92.

81. On or about August 12, 2021 at 6:08 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message

for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

82. On or about August 13, 2021 at 2:22 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

83. On or about August 13, 2021 at 5:44 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-736-4198 in an attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

84. On or about August 14, 2021 at 5:24 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

85. On or about August 16, 2021 at 7:22 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

86. On or about August 17, 2021 at 4:54 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-724-9093 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

87. On or about August 18, 2021 at 2:39 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

88. On or about August 18, 2021 at 4:27 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 800-736-4198 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff.

89. On or about August 19, 2021 at 8:17 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

90. On or about August 20, 2021 at 1:48 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an

attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

91. On or about August 22, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 866-843-0374 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"Sherri Desaigoudar contact our office at 866-843-0374. That number again is 866-843-0374. Be sure to reference account number 311636238. That account number again is 311636238. If you've already spoken with us today, please disregard this message. Thank you, goodbye."*

92. On or about August 24, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

93. On or about August 25, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

94. On or about August 26, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

95. On or about August 30, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-590-8772 in an attempt to collect a debt which resulted in Defendant leaving a, voicemail message for Plaintiff which was:  *"Hi, this message is for Sherri Desaigoudar.  This is (unintelligible) with ADT Security.  My number is 813-590-8772, 813-590-8772.  Just want to talk to you about your account.  You can return my call again at 813-590-8772.  Thank you.  Have a great day."*

96. On or about August 30, 2021 at 7:07 p.m., Plaintiff returned the call to ADT and spoke with "Robert".  Plaintiff informed "Robert" that she had retained the Law Offices of Robert Geller for handling the debt and filing for bankruptcy, asked that ADT stop calling her and call her attorney and specifically revoked consent to call her cell phone.  She further explained that she had previously provided all of this information to "Monika" on March 26, 2021 and had asked for the calls to stop at that time.  "Robert" asked Plaintiff for a bankruptcy case number.  Plaintiff again asked "Robert" to call her attorney and attempted to provide her attorney's contact information a second time.  "Robert" refused to take the attorney contact information and refused to call him. Plaintiff then asked if her attorney's contact information was "in the computer" from her prior notification to "Monika."  "Robert" responded that it was not.  Plaintiff, for a third time, asked "Robert" to take her attorney's contact information and to call her attorney regarding this debt.  "Robert" refused a third time to take the attorney contact information and Plaintiff ended the call at 7:20 p.m.

97. On or about September 7, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

98. On or about September 9, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

99.  On or about September 10, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

100.  On or about September 14, 2021, Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

101.   On or about September 15, 2021 at 6:04 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was: *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

102.   On or about September 16, 2021 at 1:36 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was: *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

103.   On or about September 17, 2021 at 3:58 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

104.   On or about September 22, 2021 at 1:29 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for

Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

105.   On or about September 23, 2021 at 4:37 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0413 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was: *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416. Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday. Thank you."*

106.   On or about September 24, 2021 at 3:09 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *"This is ADT Security Services.   We have important information to review about your account.   Please call us at 1-877-671-7416.   Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.   Thank you."*

107.   On or about September 26, 2021 at 2:23 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 866-843-0374 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded, voicemail message for Plaintiff which was:   *"Sherri Desaigoudar contact our office at 866-843-0374.   That number again is 866-843-0374.   Be sure to reference account number 311636238.   That account number again is 311636238.   If you've already spoken with us today, please disregard this message.   Thank you, goodbye."*

108.   On or about September 27, 2021 at 8:11 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242

in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff.

109.   On or about September 28, 2021 at 4:32 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services. We have important information to review about your account. Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

110.   On or about September 29, 2021 at 1:11 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have*

46

*important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

111.   On or about September 30, 2021 at 3:06 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was*: "This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

112.   On or about October 1, 2021 at 3:14 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff.

113.   On or about October 5, 2021 at 2:57 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *This is ADT Security Services.   We have important information to review about your account.   Please call us at 1-877-671-7416.   Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.   Thank you."*

114.   On or about October 7, 2021 at 3:25 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *This is ADT Security Services.   We have important information to review about your account.   Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

115.   On or about October 8, 2021 at 3:02 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

116.   On or about October 11, 2021 at 5:15 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank*

*you."*

117.   On or about October 11, 2021, Plaintiff, SHERRI

DESAIGOUDAR, received a monthly invoice from ADT

informing her that her account was past due in the amount of

$375.97.

118.   On or about October 12, 2021 at 3:26 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-692-9242 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for

Plaintiff which was:  *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank*

*you."*

119.  On or about October 13, 2021 at 3:41 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *"This is ADT Security Services.   We have important information to review about your account.   Please call us at 1-877-671-7416.   Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.   Thank you."*

120.  On or about October 14, 2021 at 2:10 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:   *"This is ADT Security Services.   We have important information to review about your account.   Please call us at 1-877-671-7416.   Our billing services team is available 8am*

to 11pm Eastern Standard Time Monday through Friday.  Thank you."

121.  On or about October 15, 2021 at 1:59 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

122.  On or about October 18, 2021 at 1:06 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

123.    On or about October 19, 2021 at 3:02 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9772 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

124.    On or about October 20, 2021 at 1:23 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank*

*you."*

125.   On or about October 21, 2021 at 3:24 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-692-9242 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for

Plaintiff which was:   *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank*

*you."*

126.   On or about October 25, 2021 at 5:58 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-692-9772 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff.

127.   On or about October 26, 2021 at 3:35 p.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-544-0143 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff which was:  *"This is ADT Security Services.  We have important information to review about your account.  Please call us at 1-877-671-7416.  Our billing services team is available 8am to 11pm Eastern Standard Time Monday through Friday.  Thank you."*

128.   On or about October 27, 2021 at 8:48 a.m., Plaintiff, SHERRI DESAIGOUDAR, received a telephone call from an agent or employee of ADT from telephone number 813-692-9242 in an attempt to collect a debt via an automatic dialing system which resulted in Defendant leaving a pre-recorded voicemail message for Plaintiff.

129.   On or about October 27, 2021 at 5:37 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-692-9242 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for

Plaintiff.

130.   On or about October 27, 2021 at 8:10 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-692-9242 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for

Plaintiff.  This was Defendant's third call this day resulting in a

pre-recorded voicemail message.

131.   On or about October 28, 2021 at 12:43 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-692-9772 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message

for Plaintiff which was:  *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank*

*you."*

132.   On or about October 29, 2021 at 2:28 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 813-544-0143 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded voicemail message for

Plaintiff which was:   *"This is ADT Security Services.  We have*

*important information to review about your account.  Please call*

*us at 1-877-671-7416.  Our billing services team is available 8am*

*to 11pm Eastern Standard Time Monday through Friday.  Thank*

*you."*

133.   On or about November 2, 2021 at 2:23 p.m., Plaintiff, SHERRI

DESAIGOUDAR, received a telephone call from an agent or

employee of ADT from telephone number 866-843-0374 in an

attempt to collect a debt via an automatic dialing system which

resulted in Defendant leaving a pre-recorded, voicemail message

for Plaintiff which was:  *"Sherri Desaigoudar contact our office at 866-843-0374.  That number again is 866-843-0374.  Be sure to reference account number 311636238.  That account number again is 311636238.  If you've already spoken with us today, please disregard this message.  Thank you, goodbye."*

134.   On November 4, 2021, Plaintiff received a collection letter from Credit Collection Services informing her that Defendant had placed the alleged debt of $375.97 with them for collection.

## COUNT I –VIOLATION OF 47 U.S.C. § 227(b)(1)(A)(iii)

135.   Plaintiff, SHERRI DESAIGOUDAR, re-alleges and re-incorporates the allegations set forth in paragraphs 1 through 134 of this Complaint.

136.   47 U.S.C. § 227(b)(1)(A)(iii) provides,

**"It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States . . . to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice ... to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call. . ."**

137.   Defendant, ADT, is subject to and has violated the provisions of 47 U.S.C. § 227(b)(1)(A)(iii) by using an automatic dialing

system and a pre-recorded voice to call Plaintiff's cellular phone without her prior consent – calling a total of at least one hundred and two (102) times, that were documented by the Plaintiff, with an automatic dialing system and leaving one hundred and two (102) pre-recorded messages of which Plaintiff possesses recordings of seventy-five (75).

138.   Plaintiff did not provide Defendant with prior express consent to call her cellular phone.  Regardless, Plaintiff specifically revoked any express or implied consent to call her cell phone with an automatic dialer or pre-recorded voice on multiple occasions and demanded that Defendant stop calling her cellular phone and call her attorney.

139.   Objective indicators that Defendant used an automatic dialing system to contact Plaintiff include: at least seventy-five (75) pre-recorded or artificial voice, voicemail messages left by Defendant's phone system; that there was silence on the line and calls were abandoned when Plaintiff answered, *Weaver v. Wells Fargo Bank N.A.*, 8:15-CV-1247-T-23TGW, 2015 WL 4730572, at *4 (M.D. Fla. Aug. 10, 2015) (Quoting *Connelly v. Hilton*

*Grant Vacations Co.*, LLC, 2012 WL 2129364, at *4 (S.D.Cal. June 11, 2012)("Plaintiffs allege that '[t]he calls had a delay prior to a live person speaking to Plaintiffs or did not even transfer to a live person (resulting in silence on the other end of the phone), indicating that [the defendant] placed the calls using an automatic telephone dialing system.'"); that Plaintiff owed Defendant a debt; that Defendant was calling about said debt; that Defendant called on "back to back" days (*Neptune v. Whetstone Partners, LLC*, 34 F. Supp 3d 1247, 1250 (S.D. Fla. 2014), called three days in a row and called every other day for a prolonged period of time; that Plaintiff received two, and sometimes, three calls on the same day; that an agent had no control over the call list and could not choose not to call a number; that Plaintiff's multiple requests were ignored; that the pre-recorded and artificial voicemail messages were identical in subject matter and duration; that multiple agents asked for the same information; that Defendant left the identical pre-recorded voice message or identical artificial voice message every time they called and that the calls were repetitive in nature.

140.   Each call made to Plaintiff that was in violation of the TCPA
was a call made knowingly, willfully, and consciously in violation
of the TCPA.

141.   As a direct and proximate result of Defendant's conduct,
Plaintiff has suffered:  Periodic loss of cellular telephone service;
statutory damages under the TCPA.

WHEREFORE, Plaintiff, SHERRI DESAIGOUDAR, requests
judgment against Defendant, ADT, for statutory damages in the amount of
$500.00 per violation of the TCPA, treble statutory damages per knowing
and willful violation of the TCPA, actual damages, costs, interest, including
but not limed to those awardable pursuant to the TCPA, and such other
equitable relief this court deems appropriate.

## COUNT II – VIOLATION OF FLA. STAT. § 559.72(7)

142.   Plaintiff,   SHERRI   DESAIGOUDAR,   re-alleges   and
reincorporates the allegations set forth in paragraphs 1 through 141
of this Complaint.

143.   Florida Statute § 559.72(7) provides,

**"In collecting consumer debts, no person shall willfully
communicate with the debtor or any member of her or his
family with such frequency as can reasonably be expected to
harass the debtor or her or his family, or willfully engage in**

**other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family."**

144. Plaintiff, SHERRI DESAIGOUDAR, informed agents of Defendant on numerous occasions that she had retained attorney Robert M. Geller with the Law Offices of Robert M. Geller, PA, for filing bankruptcy and for the handling of the alleged debt. Plaintiff asked agents of Defendant on multiple occasions to stop calling her and to call her attorney. Plaintiff specifically revoked any express and/or implied consent to call her cellular phone with multiple agents of Defendant.

145. Despite this information, Defendant continued to contact Plaintiff in an attempt to elicit payment through an unreasonable volume of more than 100 telephone calls. Defendant's incessant contact with Plaintiff was harassing and abusive in direct violation of Florida Statute § 559.72(7).

WHEREFORE, Plaintiff, SHERRI DESAIGOUDAR, requests judgment against Defendant, ADT, for statutory damages in the amount of $1,000.00 for violation of this provision of the statute, and actual damages, together with interest, costs of suit, and reasonable attorney's fees.

## COUNT III – VIOLATION OF FLA. STAT. § 559.72(18)

146.   Plaintiff, SHERRI DESAIGOUDAR, incorporates the allegations of paragraphs 1 through 145 of this Complaint.

147.   Florida Statute § 559.72(18) provides,

> **"In collecting consumer debts, no person shall communicate with a debtor if the person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the debtor's attorney fails to respond within 30 days a reasonable period of time to a communication from the person, unless the debtor's attorney consents to a direct communication with the debtor, or unless the debtor initiates the communication."**

148.   Defendant, ADT, knew as of March, 2021 that Plaintiff, SHERRI DESAIGOUDAR, verbally advised a representative of Defendant that she was represented by an attorney and provided her attorney's name and phone number.  Each time Plaintiff attempted to provide her attorney's contact information, agents of Defendant initially refused to take the information.  Some agents refused to take the attorney contact information for the duration of the call and ended the call without recording the attorney contact information in an attempt to continue to contact Plaintiff directly in regard to the debt in express violation of the statute.

149.   Defendant's continued communication with Plaintiff, SHERRI DESAIGOUDAR, regarding her debt, despite their possessing

Debtor's attorney name and contact information and their having

actual knowledge of the same represents a direct violation of

Florida Statute § 559.72(18).

WHEREFORE, Plaintiff, SHERRI DESAIGOUDAR, requests

judgment against Defendant, ADT, for statutory damages in the amount of

$1,000.00 for violation of this provision of the statute, and actual damages,

together with interest, costs of suit, and reasonable attorney's fees.

## COUNT IV – VIOLATION OF FLA. STAT. § 559.72(9)

150.  Plaintiff, SHERRI DESAIGOUDAR, incorporates the

allegations of paragraphs 1 through 149 of this Complaint.

151.  Florida Statute § 559.72(9) provides,

> **"In collecting consumer debts, no person shall claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist."**

152.  Despite notice and consequent knowledge that Plaintiff was

represented by counsel, Defendant continuously called Plaintiff's

cell phone in an attempt to elicit payment from her.

153.  In attempting to collect on Plaintiff's debt despite its knowledge

that Ms. Desaigoudar was represented by counsel, Defendant

asserted the existence of a legal right to collect Plaintiff's debt

when it knew such a right did not exist. Defendant's agents explicitly refused to take Plaintiff's attorney's contact information in an attempt to subvert the statutory protection and to continue to assert an illegitimate legal right to contact the Plaintiff directly even though she had expressly informed them of attorney representation.

154. Defendant's repeated collection attempts directly violated Florida Statute § 559.72(9).

155. WHEREFORE, Plaintiff, SHERRI DESAIGOUDAR, requests judgment against Defendant, ADT, for statutory damages in the amount of $1,000.00 for violation of this provision of the statute, and actual damages, together with interest, costs of suit, and reasonable attorney's fees.

## <u>COUNT V – INVASION OF PRIVACY</u>

156. Plaintiff, SHERRI DESAIGOUDAR, re-alleges and re-incorporates the allegations set forth in paragraphs 1 through 155 of this Complaint.

157. Plaintiff, SHERRI DESAIGOUDAR, had a reasonable expectation of privacy in solitude, seclusion, private concerns or affairs, and private financial information.

158.   Defendant, ADT, and its agents, intentionally and/or negligently interfered, physically or otherwise, with the solitude, seclusion, and/or private concerns or affairs of Plaintiff, SHERRI DESAIGOUDAR, by repeatedly and unlawfully attempting to collect a debt from Plaintiff.

159.   Defendant, ADT, intentionally and/or negligently caused emotional harm to Plaintiff by engaging in highly offensive conduct in the course of collecting this debt, thereby invading and intruding upon Plaintiff's right to privacy.

160.   Defendant and its agents undertook a series of communications to Plaintiff's home constituting an invasion of privacy.  Said communications were harassing, unreasonable, systematic and continuous in number and made in disregard for Plaintiff's right to privacy. Said communications were made to force, coerce, harass, frighten, embarrass and/or humiliate Plaintiff into paying a debt.

161.   Defendant's invasions were intentional, willful, and malicious violations of Plaintiff's privacy. Said invasions were regular, continuous and systematic, harassing, and unreasonable collection efforts.

162.   The conduct of Defendant, ADT, resulted in multiple intrusions and invasions of privacy by Defendant, which occurred in a way that would be highly offensive to a reasonable person in Plaintiff's position.

163.   Defendant's repeated invasions have caused Plaintiff to suffer emotional distress, embarrassment, and humiliation.

WHEREFORE, Plaintiff, SHERRI DESAIGOUDAR, request judgment against Defendant, ADT, for actual damages and any further relief that may be deemed just and proper.

## COUNT VI – DECLARATORY AND INJUNCTIVE RELIEF

164.   Plaintiff, SHERRI DESAIGOUDAR, re-alleges and re-incorporates the allegations set forth in paragraphs 1 through 163 of this Complaint.

165.   Unless Defendant is immediately enjoined from continuing to harass Plaintiff in their attempt to collect a debt, including but not limited to, continuously calling Plaintiff and sending collection notices to Plaintiff in an attempt to collect the debt, despite Defendant's knowledge that Plaintiff expressly revoked consent to

call her cellular phone and is represented by counsel regarding the debt, Plaintiff will suffer irreparable injury.

166.   Plaintiff, SHERRI DESAIGOUDAR, has a clear right to the protections of the FCCPA and TCPA.

167.   The requested injunction is reasonably necessary to protect the legal rights of Plaintiff, and it will have no adverse effect on the public welfare.

WHEREFORE, Plaintiff, SHERRI DESAIGOUDAR, respectfully requests this Court to enter a judgment against the Defendant for the following:

a. Declaratory relief against Defendant for violations of the FCCPA;

b. Injunctive relief against Defendant for violations of the FCCPA;

c. An award of actual damages, statutory damages and reasonable attorney's fees and costs against Defendant for violations of the FCCPA;

d. Declaratory relief against Defendant for violations of the TCPA;

e.  Statutory damages in the amount of $500.00 per violation of the TCPA, treble statutory damages per knowing and willful violation of the TCPA, actual damages, costs and interest;

f.  An award of actual damages for violation of Plaintiff's common law right to privacy; and,

g.  Such other relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff, SHERRI DESAIGOUDAR, demands trial by jury in this action.

Respectfully submitted this 30th day of November, 2021.

/s/Frank T. Papa
Frank T. Papa, Esquire
FL Bar # 150355
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, Florida 33606
Phone:  (813) 254-5696
Facsimile:  (813) 253-3405
Primary E-mail:
fpapa@robertgellerlaw.com
Attorney for Plaintiff