UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRI DESAIGOUDAR

    Plaintiff,

vs.                                                        Case No. 8:21-CV-2796-VMC-JSS

ADT, LLC
d/b/a ADT SECURITY SERVICES,

    Defendant.
_____/

**<u>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Plaintiff, SHERRI DESAIGOUDAR, and Defendant, ADT, LLC, doing business as ADT SECURITY SERVICES, by and through their respective attorneys, hereby enter into this "Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Complaint" and stipulate as follows:

1.     The Parties wish to engage in settlement negotiations, with the exchange of informal discovery, in an attempt to have efficient and effective settlement discussions to hopefully reach an early resolution of this matter with the goal of avoiding unnecessary litigation costs and serving judicial economy.

2.     Accordingly, the Parties agree that the Defendant shall have an additional thirty-five (35) days to respond to Plaintiff's complaint to afford enough time to share informal discovery and explore potential early resolution of this matter.  Therefore, Defendant's response to Plaintiff's complaint shall be due on February 3, 2022.

3. To engage in informal discovery, the Plaintiff has agreed to produce to Defendant: handwritten call notes; electronically stored voicemail messages; and all statements/collection letters in her possession. The Defendant has agreed to produce to Plaintiff all relevant customer account information, including but not limited to: customer service, sales, marketing or collection call recordings; account notes; call detail notes and ledgers; service agreements; statements; collection notices; all written communications with Plaintiff whether by letter, email or text message; and records of all outbound and inbound telephone calls either to or from the Plaintiff.

WHEREFORE the Parties respectfully request the Court enter an Order approving the joint stipulation and granting Defendant an extension to February 3, 2022 to file a response to Plaintiff's complaint

Dated December 23, 2021

| | |
|---|---|
| /s/ Frank T. Papa | /s/ Daniel J. McGrath |
| Frank T. Papa, Esquire | Daniel J. McGrath, Esquire |
| FL Bar # 150355 | FL Bar # 616230 |
| Managing Attorney - Consumer Protection | VP and Deputy General Counsel |
| Law Offices of Robert M. Geller, P.A. | ADT, LLC |
| 807 West Azeele Street | 1501 Yamato Road |
| Tampa, Florida 33606 | Boca Raton, FL 33431 |
| Phone: (813) 254-5696 | Phone: (561) 322-7229 |
| Facsimile: (813) 253-3405 | Primary Email: dmcgrath@adt.com |
| Primary Email: fpapa@robertgellerlaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |